UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **04 CR 1 0 3 5 9 DPW** |
| v. | ) CRIMINAL NO. |
| DENNIS TAYLOR | ) VIOLATION: |
| Defendant. | ) 18 U.S.C. § 2113(a) |
| | ) Bank Robbery |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 2113(a) -- Bank Robbery)

The Grand Jury charges that:

On or about October 4, 2004, at Boston, in the District of Massachusetts,

### DENNIS TAYLOR

the defendant herein, did, by force, violence and intimidation, take from the person and presence of employees of Citizens Bank, 77 Franklin Street, Boston, Massachusetts, money in the amount of $2,207, more or less, belonging to and in the care, custody, control, management, and possession of said Citizens Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

In committing the offense charged in Count One of this indictment, defendant DENNIS TAYLOR:

1. Committed an offense in which the property of a financial institution was taken, and in which the taking of such property was an object of the offense, as described in U.S.S.G. § 2B3.1(b)(1).

A TRUE BILL

_/s/ Irene Burke_
FOREPERSON OF THE GRAND JURY


_/s/ Sandra S. Bower_
SANDRA S. BOWER
Assistant U.S. Attorney



DISTRICT OF MASSACHUSETTS           December 8, 2004

Returned into the District Court by the Grand Jurors and filed.

_/s/_
Deputy Clerk

12/8
1:15

JS 45 (5/97) - (Revised USAO MA 1/15/0

**04 CR 10359 DPW**

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Boston__    Category No. __II__    Investigating Agency __FBI__

City __Boston__                    Related Case Information:

County __Suffolk__                Superseding Ind./ Inf. _____    Case No. _____
                                  Same Defendant _____    New Defendant _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Dennis Taylor__                Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __18 Dunstable St. Charlestown, MA__

Birth date (Year only): __1973__  SSN (last 4 #): __7350__  Sex __M__  Race: __white__  Nationality: __US__

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Sandra S. Bower__                        Bar Number if applicable __0787700 (Florida)__

Interpreter:     ☐ Yes  ☒ No       List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes  ☒ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody __Souza-Baranowksi__  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty ___    ☐ Misdemeanor ___    ☒ 1 Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12-8-04__        Signature of AUSA: __Sandra S. Bower__

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Dennis Taylor

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 2113(a) | Bank Robbery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**