AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DENNIS TAYLOR

**WARRANT FOR ARREST**

**04 CR 10359 DPW**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DENNIS TAYLOR___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title ___18___ United States Code, Section(s) ___2113(a)___

___Catherine M. Guilfoyle___    ___Supervisor___
Name of Issuing Officer         Title of Issuing Officer

___Catherine M. Guilfoyle___    ___12-8-04 Boston___
Signature of Issuing Officer    Date and Location

[Stamp: 2004 DEC -8 P 4:10 U.S. MARSHAL SERVICE BOSTON, MA]

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

WARRANT EXECUTED BY  FBI
NAME ARREST & ARRAIGNMENT OF THE DEFENDANT ON  12/16/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: DENNIS TAYLOR

ALIAS: _____

LAST KNOWN RESIDENCE: 18 DUNSTABLE STREET, CHARLESTOWN, MA (currently incarcerated at Souza-Baranowski

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1973

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7350

HEIGHT: 6'          WEIGHT: _____

SEX: male           RACE: white

HAIR: brown         EYES: brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 396816CB3

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI, One Center Plaza, Suite 600, Government Center, Boston, MA, 02108