IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )    CRIMINAL NO. 04-10359-DPW
DENNIS TAYLOR
```

      <u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)</u>

    The United States and counsel for Defendant DENNIS TAYLOR file this Joint Memorandum Pursuant to Local Rule 116.5(A) as follows:

    1) The defendant seeks an additional 30 days to review the discovery produced by the government and to make additional discovery requests. The government does not object to this request.

    2) The government has produced a laboratory report relating to the analysis of dye pack residue on the defendant's clothing. The government agrees to produce additional expert discovery 30 days prior to trial and the defendant agrees to produce expert discovery 14 days prior to trial.

    3) Because the defendant has asked for additional time to review the discovery produced and to make requests, the parties do not know at this time whether there will be additional discovery produced as a result of future receipt of information, documents, or reports of examinations or tests.

    4) The defendant may file a motion to suppress and requests the Court to set a date for filing this or other motions under Fed.R.Crim.P. 12(b)(3).

5) The Court has previously entered an Order excluding the period from December 16, 2004, through January 13, 2005. The parties agree that the period between January 13, 2005, and the date of the next status conference requested in paragraph 7, also should be excluded for purposes of the Speedy Trial Act.

6) The parties anticipate that this case may be resolved by plea, but if it does go to trial estimate that it will last about four days.

7) The parties request that another status conference be scheduled toward the end of February 2005.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

| By:/s/ Sandra S. Bower for | By: | /s/ Sandra S. Bower |
|---|---|---|
| JOHN F. PALMER, Esq. | | SANDRA S. BOWER |
| Counsel for Defendant | | Assistant U.S. Attorney |
| 24 School Street | | 1 Courthouse Way, Suite 9200 |
| Boston, MA 02108 | | Boston, MA 02210 |
| 617-723-7010 | | 617-748-3184 |