UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10359-DPW

UNITED STATES OF AMERICA

v.

DENNIS TAYLOR

**FURTHER ORDER ON EXCLUDABLE TIME**

January 27, 2005

DEIN, M.J.

An Initial Status Conference was held before this court on January 27, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 13, 2005 through March 21, 2005

that being the period between the expiration of the initial order on excludable time and the Interim Status Conference.

Based upon the prior order of the court dated December 16, 2004 and this order, at the time of the Interim Status Conference on March 21, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge