LAW OFFICE OF JOHN F. PALMER
24 School Street
Boston, Massachusetts 02108
Email: jpalmer@socialaw.com

*Telefax*
(617) 723-5601

*Telephone*
(617) 723-7010

**VIA FACSIMILE AND FIRST CLASS MAIL**
(617) 748-3954

February 28, 2005

Sandra S. Bower, AUSA
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

Re:   **United States v. Dennis Taylor**

Dear Ms. Bower:

The following is a "discovery request" pursuant to Rule 116.3 of the Local Rules.

I am requesting that you provide me with:

1. the names and addresses of identifying witnesses and, in particular, the teller at the Bank;

2. tapes or recorded conversations (911 calls, police dispatches, radio calls, etc.) concerning the alleged robbery and description of the perpetrator and, in particular, involving the teller at the Bank;

3. police notes and/or police reports of interviews with identifying witnesses and, in particular, of the teller at the Bank.

Thank you for you attention to this matter.

Very truly yours,

John F. Palmer

JFP/lmr
cc: Clerk of Court, U.S. District Court