

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

*1 Courthouse Way, Suite 9200*
*Boston, Massachusetts 02210*


March 8, 2005

John F. Palmer, Esq.
24 School Street
Boston, MA 02108

    Re: <u>United States v. Dennis Taylor</u>
        Criminal No. 04-10359-DPW

Dear Mr. Palmer:

    This letter is in response to your discovery request letter of February 28, 2005. I have used your numbering system for ease of reference.

    1) The government declines to provide the names and addresses of identifying witnesses and/or the teller at this time. You have received various reports memorializing the witness identifications in discovery letters of December 20, 2004, and January 11, 2005, and listed again in ¶3 below. The government will produce the names and addresses of the witnesses it intends to call in its case-in-chief 7 days in advance of trial, as contemplated by Local Rule 117.1(A)(8)(a). There is no statutory or constitutional obligation to disclose the identities of prosecution witnesses before trial. <u>United States v. Bello-Perez</u>, 977 F.2d 664, 670 (1st Cir. 1992); <u>United States v. Reis</u>, 788 F.2d 54, 58 (1st Cir. 1986); <u>United States v. Barrett</u>, 766 F.2d 609, 617 (1st Cir.1985).

    2) The government will inquire as to the existence of such tape recordings and will agree to produce copies to the extent that such recordings do not identify by name or address any government witness.

    3) You have previously been provided a number of reports detailing interviews with identifying witnesses and the victim teller, with their names and addresses redacted, as follows: a) A copy of the Boston Police Department Incident Report; b) FBI-302

of interview of taxi driver; c) FBI-302 of interview of victim teller; d) Report from Sergeant Sean Smith to Captain O'Rourke, dated 10-4-04; and e)Report from Police Officer Paul Wright to Captain O'Rourke.  The United States objects to the production of all law enforcement notes as such is not required by Fed.R.Crim.P. 16, the Local Rules, or the Jencks Act.  See United States v. LiCausi, 167 F.3d. 36, 50. (1st Cir. 1999).

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney


    By: /s/ Sandra S. Bower
        SANDRA S. BOWER
        Assistant U.S. Attorney


cc: Thomas Quinn, Courtroom Deputy to
    Magistrate Judge Judith G. Dein