IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )     CRIMINAL NO. 04-10359-DPW
DENNIS TAYLOR                   )

SECOND JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States and counsel for Defendant DENNIS TAYLOR file this Second Joint Memorandum Pursuant to Local Rule 116.5(A) as follows:

1) The defendant has filed a discovery request letter to which the government has responded.  The defendant may file a discovery motion for consideration by this Court and requests the Court to set a date for filing this and/or dispositive motions.

2) As noted at the initial status conference on January 27, 2005, the government has produced a laboratory report relating to the analysis of dye pack residue on the defendant's clothing.  Pursuant to the parties' agreement, the Court has ordered the government to produce any additional expert discovery 30 days prior to trial and the defendant to produce expert discovery 14 days prior to trial.

3) The defendant has asked the government to produce any tape recordings, such as 911 calls, police dispatches or radio calls, relating to the robbery and the government has agreed to make inquiry as to whether such recordings exist and to provide them, so long as the recordings do not identify any government witnesses by name or address.

4) The defendant may file a discovery motion and/or a motion to suppress and requests the Court to set a date for filing this or other motions under Fed.R.Crim.P. 12(b)(3).

5) The Court has previously entered orders excluding the following periods under the Speedy Trial Act: from December 16, 2004, through January 13, 2005, and January 13, 2005, through March 21, 2005. As of March 21, 2005, there have been zero days of non-excludable time under the Speedy Trial Act and 70 days within which the case must be tried.

6) The parties anticipate that this case may be resolved by plea, but if it does go to trial estimate that it will last about four days.

7) The parties request that a final status conference be scheduled in mid-April.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower for      By:  /s/ Sandra S. Bower
    JOHN F. PALMER, Esq.              SANDRA S. BOWER
    Counsel for Defendant             Assistant U.S. Attorney
    24 School Street                  1 Courthouse Way, Suite 9200
    Boston, MA 02108                  Boston, MA 02210
    617-723-7010                      617-748-3184