IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) CRIMINAL NO. 04-10359-DPW
DENNIS TAYLOR

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States and counsel for Defendant DENNIS TAYLOR file this Joint Memorandum Pursuant to Local Rule 116.5(C) as follows:

1) There are no outstanding discovery issues.

2) Other than expert discovery and police department tape recordings of calls and/or dispatches relating to the robbery, neither party anticipates providing additional discovery as a result of future receipt of information, documents, or reports of examinations or tests.

3) The defendant does not intend to raise a defense of insanity or public authority.

4) The government has requested notice of alibi and the defendant responds that he does not intend to raise an alibi defense.

5) The defendant does not intend to file any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.

6) There is no need to schedule any matter in the case other than trial.

7) The parties are in continuing discussions about resolving the case without trial.

8) The Court has previously entered orders excluding the following periods under the Speedy Trial Act: from December 16, 2004, through January 13, 2005; January 13, 2005, through March 21, 2005; and March 21, 2005, through April 27, 2005, for a total of 132 days excluded. As of April 27, 2005, there have been zero days of non-excludable time under the Speedy Trial Act and 70 days within which the case must be tried.

9) The parties anticipate that this case may be resolved by plea, but if it does go to trial estimate that it will last about four days.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: /s/ Sandra S. Bower for    By:  /s/ Sandra S. Bower
    JOHN F. PALMER, Esq.           SANDRA S. BOWER
    Counsel for Defendant           Assistant U.S. Attorney
    24 School Street                1 Courthouse Way, Suite 9200
    Boston, MA 02108               Boston, MA 02210
    617-723-7010                    617-748-3184