UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10359-DPW

UNITED STATES OF AMERICA

v.

DENNIS TAYLOR

**FINAL STATUS REPORT**

April 27, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Wednesday, April 27,

2005, pursuant to the provisions of Local Rule 116.5(C).  Based on that conference,

this Court enters the following report, in accordance with Local Rule 116.5(D):

1.   It is likely that the defendant will enter a plea.  However, the government has not yet forwarded a plea agreement.

2.   Discovery is completed.

3.   There are no outstanding discovery issues.  The defendant does not anticipate filing any dispositive motions.

4.   Based upon the prior orders of the court dated December 16, 2004, January 27, 2005, and March 21, 2005, at the time of the Final Status Conference on April 27, 2005 there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.  The court has on this date entered a Further Order on Excludable Time excluding the period April 27, 2005 through May 20, 2005 in order to give the parties time to determine whether the matter can be resolved short of trial.

5.    No trial is anticipated.  However, the parties estimate that if the case goes to trial, the trial will last approximately 4 days.

6.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


          / s / Judith Gail Dein
          Judith Gail Dein
          United States Magistrate Judge