UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10359-DPW

UNITED STATES OF AMERICA

v.

DENNIS TAYLOR

## FURTHER ORDER ON EXCLUDABLE TIME

April 27, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 27, 2005 through May 20, 2005

in order to give the parties time to determine whether the matter can be resolved short of trial.

Based upon the prior orders of the court dated December 16, 2004, January 27, 2005, March 21, 2005 and this order, as of May 20, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge