UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
UNITED STATES OF AMERICA | )
| )
v. | )   CRIMINAL NO. 04-10359-DPW
| )
DENNIS TAYLOR, | )
    Defendant | )
| )

MOTION FOR RULE 11 HEARING

Now comes Defendant Dennis Taylor and moves this Honorable Court to schedule a Rule 11 hearing on Friday, June 10, 2005, at 3:30 p.m.

The Defendant, accordingly, suggests that the conference scheduled for 2:30 p.m. on May 17, 2005, need not take place, and requests that the Court so order.

The Defendant agrees that the time from the filing of this motion until June 10, 2005, shall be excludable under the Speedy Trial Act.

    DEFENDANT
    By his attorney

    /s/John F. Palmer
    John F. Palmer
    Law Office of John F. Palmer
    24 School Street, 8th Floor
    Boston, MA 02108
    (617)723-7010
    BBO# 387980

Dated: May 13, 2005