

# MEMORANDUM

**To:** Honorable Douglas P. Woodlock
U.S. District Judge

**From:** Denise A. Rivera
U.S. Probation Officer Assistant

**Re:** Dennis Taylor
Dkt. No. 04-10359-DPW

**Date:** June 16, 2005

On June 10, 2005, the Court ordered that a Presentence Report be prepared on the above defendant, who pleaded guilty to Bank Robbery. The case is scheduled for disposition on September 20, 2005. This office is requesting approval from the court to obtain details regarding juvenile offenses pertaining to Mr. Taylor from Salem Juvenile Court. The District Court was contacted and would not release the information unless it was court ordered.

This office is, therefore, respectfully requesting that the Court sign the enclosed order and then return it to this office.