UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10359-DPW |
| DENNIS TAYLOR,  Defendant | ) ) ) ) | |

MOTION TO CONTINUE SENTENCING HEARING

Now comes Defendant Dennis Taylor and moves this Honorable Court to continue his sentencing hearing from September 20, 2005, until November 7, 2005.

As grounds for this motion, Defendant states as follows:

1. On June 10, 2005, Defendant appeared before the court and pled guilty to the indictment charging him with robbery. Sentencing was scheduled to take place on September 20, 2005;

2. Defendant's counsel is scheduled to commence a first degree murder trial on September 13, 2005, before Judge Neel in Suffolk Superior Court (Commonwealth v. Nam The Tham, SUCR 99-10764). The case is expected to continue for two to three weeks, and thus counsel will be unavailable on September 20, 2005;

3. Counsel needs the additional time as well to further investigate Defendant's background, and, in particular, records relating to his abuse as a child (see Motion To Extend Time For Filing Objections To PSR, filed herewith).

Wherefore, Defendant prays that this motion be allowed and his sentencing hearing be continued to November 7, 2005.

          DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: September 2, 2005