UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                )<br>)<br>DENNIS TAYLOR,                               )<br>    Defendant                                      )<br>)  | CRIMINAL NO. 04-10359-DPW |

MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO PSR

Now comes Defendant Dennis Taylor and moves this Honorable Court to extend the time for filing objections to the Presentence Report (PSR) from September 6, 2005, to October 13, 2005.

As grounds for this motion, Defendant states as follows:

1. The Defendant received a copy of the PSR on or about August 25, 2005, with a request that objections be submitted by September 6, 2005;

2. Defendant's counsel is still in the process of seeking records and information concerning Defendant's background and, in particular, records of childhood abuse that may affect sentencing and provide additional information for inclusion in the PSR;

3. By separate motion filed this date, Defendant is seeking a postponement of the sentencing hearing until November 7, 2005, leaving ample time for submission of the final PSR to the court.

Wherefore, Defendant prays that this motion be allowed and that the time for filing objections to the PSR be extended to October 13, 2005.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: September 2, 2005