UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10359-DPW |
| | ) | |
| DENNIS TAYLOR, | ) | |
|     Defendant | ) | |
| | ) | |

MOTION TO FURTHER CONTINUE SENTENCING HEARING

Now comes Defendant Dennis Taylor and moves this Honorable Court to continue his

sentencing hearing from November 8, 2005, until January 23, 2006, in order to permit counsel to

properly prepare for sentencing.

As grounds for this motion, Defendant states as follows:

1.     On June 10, 2005, Defendant appeared before the court and pled guilty to the

indictment charging him with robbery.  Sentencing was initially scheduled to take

place on September 20, 2005;

2.     On or about April 17, 2005, in preparation for eventual sentencing in this case,

Defendant's counsel requested records from the Department of Social Services

(DSS) concerning the Defendant's history of childhood abuse, as documented in

DSS records;

3.     Because of the failure of DSS to cooperate in providing DSS records to defense

counsel, the Defendant sought and was subsequently granted on or about June 17,

2005, a judicial order for DSS to produce the Defendant's records;

4.      On or about August 25, 2005, not having received any DSS records pursuant to
        the Court's order, the Defendant subsequently requested a show cause for
        contempt hearing;

5.      Subsequent to the filing of the motion for contempt, DSS, on September 1, 2005,
        produced some records, but stated that additional records would be forthcoming;

6.      After repeated inquiries, additional, but not all, records from DSS were produced
        on October 28, 2005;

7.      The records produced by DSS do not include the critical time period from 1978 to
        1984, during which time Defendant suffered extraordinary abuse (by subsequent
        accounts), DSS removed him from his adoptive home, and litigated a Care and
        Protection proceeding to permanently remove Defendant from the home;

8.      Defendant counsel has sought the relevant records from DSS, but has yet to
        receive them;

9.       Upon receipt of the relevant records, Defendant seeks to engage the services of a
        forensic psychiatrist to determine whether a basis for downward departure exists
        under the Sentencing Guidelines, and, in general, to aid counsel and the court in
        determining an appropriate sentence.

Wherefore, Defendant prays that this motion be allowed and that his sentencing be
postponed until January 23, 2006.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: November 3, 2005