UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10359-DPW |
| DENNIS TAYLOR,<br>    Defendant | ) ) ) ) | |

MOTION FOR JUDICIAL ORDER RE: PROBATION RECORDS

Now comes Defendant and moves this Honorable Court to order the Probation Office to permit Defendant's counsel to copy records pertaining to Defendant which have been received by Probation.

In particular, Defendant requests that he be permitted to copy records from the Walker Home and School, Salem Hospital, SAIL Program, Boston City Hospital, New England Memorial Hospital, HRI Hospital, Department of Youth Services, CAB Program, Ryan House, or any other facility or provider of services to Defendant.

As grounds for this motion, Defendant states that Probation has a policy of allowing counsel to inspect, but not to copy, such records, and that counsel needs copies of the records for a possible evaluation by a forensic consultant.

Wherefore, Defendant prays that this Court order the Probation Department to allow defense counsel to inspect and make copies of records pertaining to Defendant.

        DEFENDANT
        By his attorney

        <u>/s/John F. Palmer</u>
        John F. Palmer
        Law Office of John F. Palmer
        24 School Street, 8th Floor
        Boston, MA 02108
        (617)723-7010
        BBO# 387980

Dated: November 16, 2005