UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DENNIS TAYLOR,  )<br>    Defendant  )<br>) | CRIMINAL NO. 04-10359-DPW |

MOTION TO FILE DOCUMENTS UNDER SEAL

Now comes Defendant and moves this Honorable Court to authorize the filing under seal of DSS Records and a "Presentence Evaluation" prepared on behalf of Defendant by Bernice Kelly, a licensed psychologist, in the Department of Law and Psychiatry at the Massachusetts General Hospital.

In support of this motion, Defendant states that the report and DSS records contain privileged information.

                DEFENDANT
                By his attorney

                /s/John F. Palmer
                John F. Palmer
                Law Office of John F. Palmer
                24 School Street, 8th Floor
                Boston, MA 02108
                (617)723-7010
                BBO# 387980

Dated: January 20, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on January 20, 2006.

                                                 /s/John F. Palmer