UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 04-10359-DPW |
| ) | |
| DENNIS TAYLOR,            ) | |
|      Defendant           ) | |

NOTICE OF APPEAL

Notice is hereby given that the Defendant Dennis Taylor hereby appeals to the United

States Court of Appeals for the First Circuit from the judgment entered on January 24, 2006, and,

in particular, from the sentence imposed.

DEFENDANT
By his attorney:

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street
Boston, MA  02108
(617) 723-7010
BBO #:  387980

Dated: February 2, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered parties on February 2, 2006.

/s/John F. Palmer