UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10359

United States of America

v.

Dennis Taylor

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-22, 24-36, 39, 40

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/2/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2006.

Sarah A Thornton, Clerk of Court

By: Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/22/06.

Barclord
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CLOSED, VICTIM

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10359-DPW-ALL

Case title: USA v. Taylor                     Date Filed: 12/08/2004

Assigned to: Judge Douglas P. Woodlock

**Defendant**

**Dennis Taylor** (1)                          represented by **John F. Palmer**
*TERMINATED: 01/31/2006*                                       Law Office of John F. Palmer, P.C.
                                                               24 School Street
                                                               8th Floor
                                                               Boston, MA 02108
                                                               617-723-7010
                                                               Fax: 617-723-5601
                                                               Email: jpalmer@socialaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               Designation: CJA Appointment

I hereby certify on 3/20/2006 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: /s/ [signature]
Deputy Clerk

**Pending Counts**                             **Disposition**

18:2113(a) BANK ROBBERY                        Defendant sentenced to 57 months
BY FORCE OR VIOLENCE                           incarceration, 3 years supervised
(1)                                            release with standard and special
                                               conditions. $100 special
                                               assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                         **Disposition**

None

**Plaintiff**

USA                        represented by    **Sandra S. Bower**
                                              United States Attorney's Office
                                              John Joseph Moakley Federal
                                              Courthouse
                                              1 Courthouse Way
                                              Suite 9200
                                              Boston, MA 02210
                                              617-748-3184
                                              Fax: 617-748-3965
                                              Email: Sandra.Bower@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2004 | 1 | INDICTMENT as to Dennis Taylor (1) count(s) 1. (Gawlik, Cathy) (Entered: 12/08/2004) |
| 12/08/2004 | 2 | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Dennis Taylor (Gawlik, Cathy) (Entered: 12/08/2004) |
| 12/08/2004 |   | Arrest Warrant Issued as to Dennis Taylor. (Gawlik, Cathy) (Entered: 12/08/2004) |
| 12/16/2004 |   | Attorney update in case as to Dennis Taylor. Attorney John F. Palmer for Dennis Taylor added. (Quinn, Thomas) (Entered: 12/17/2004) |
| 12/16/2004 |   | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to Dennis Taylor (1) Count 1 held on 12/16/2004; AUSA Bower |

| | | |
|---|---|---|
| | | and Attorney Palmer for the Dft.; USMJ Dein informs the dft of his rights and charges; Dft. files CJA 23 and requests court appointed counsel; USMJ Dein appoints Attorney Palmer; Govt. moves for detention and continuance; USMJ Dein orders the dft. to temporary detention pending hearing on 12/20/04 @ 2:30pm. Dft. pleads not guilty and will proceed with automatic discovery; 1st status conference is set for 1/27/05 @ 3:15pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/17/2004) |
| 12/16/2004 | 3 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Dennis Taylor Status Conference set for 1/27/2005 03:15 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/20/2004) |
| 12/16/2004 | 4 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Dennis Taylor Time excluded from 12/16/04 until 1/13/05. (Quinn, Thomas) (Entered: 12/20/2004) |
| 12/16/2004 | 8 | Judge Judith G. Dein : ElectronicORDER entered. (Quinn, Thomas) (Entered: 01/21/2005) |
| 12/20/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Dennis Taylor held on 12/20/2004; AUSA Bower and Attorney Palmer for the dft.; Dft. consents to order of detention at this time. Attorney Palmer informs USMJ Dein dft. of medical issue; the US Marshal Office will look into issue with detention facility. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/21/2004) |
| 12/20/2004 | 5 | Judge Judith G. Dein : ORDER entered ORDER OF DETENTION as to Dennis Taylor (Quinn, Thomas) (Entered: 12/21/2004) |
| 12/20/2004 | 6 | Arrest Warrant Returned Executed on 12/16/04. as to Dennis Taylor. (Nici, Richard) (Entered: 12/30/2004) |
| 01/21/2005 | 9 | JOINT MEMORANDUM of the parties re initial status conference by Dennis Taylor (Bower, Sandra) (Entered: 01/21/2005) |
| 01/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Dennis Taylor held on 1/27/2005; AUSA Bower and Attorney Palmer report current case status; Discovery requests are due 2/28/05; Next status conference is set for 3/21/05 @ 2:30pm. (Court Reporter |

| | | |
|---|---|---|
| | | D.R..) (Quinn, Thomas) (Entered: 01/27/2005) |
| 01/27/2005 | 10 | Judge Judith G. Dein : Electronic ORDER entered. STATUS REPORT as to Dennis Taylor Status Conference set for 3/21/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 01/28/2005) |
| 01/27/2005 | 11 | Judge Judith G. Dein : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Dennis Taylor Time excluded from 1/13/05 until 3/21/05. (Quinn, Thomas) (Entered: 01/28/2005) |
| 03/01/2005 | 14 | Letter (non-motion) regarding discovery request as to Dennis Taylor (Nici, Richard) (Entered: 03/07/2005) |
| 03/03/2005 | 12 | MOTION for Authorization of Services or Funds as to Dennis Taylor. (Nici, Richard) (Entered: 03/07/2005) |
| 03/03/2005 | 13 | AFFIDAVIT of Counsel in support by Dennis Taylor [12] MOTION for Authorization of Services or Funds filed by Dennis Taylor, (Nici, Richard) (Entered: 03/07/2005) |
| 03/08/2005 | 15 | Letter (non-motion) regarding Defendant's Discovery Request Letter as to Dennis Taylor (Bower, Sandra) (Entered: 03/08/2005) |
| 03/09/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered. as to Dennis Taylor re [12] MOTION for Authorization of Services or Funds filed by Dennis Taylor, (Nici, Richard) (Entered: 03/09/2005) |
| 03/21/2005 | 16 | JOINT MEMORANDUM of the parties re initial status conference by Dennis Taylor *(Second)* (Bower, Sandra) (Entered: 03/21/2005) |
| 03/21/2005 | 17 | Judge Judith G. Dein : ORDER entered. INTERIM STATUS REPORT as to Dennis Taylor. Status Conference set for 4/27/2005 03:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/21/2005) |
| 03/21/2005 | 18 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Dennis Taylor. Time excluded from 3/21/05 until 4/27/05. (Dambrosio, Jolyne) (Entered: 03/21/2005) |
| 04/27/2005 | 19 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Dennis Taylor (Bower, Sandra) (Entered: 04/27/2005) |

| | | |
|---|---|---|
| 04/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Dennis Taylor held on 4/27/2005; AUSA Bower and Attorney Palmer report case is ready to be sent to district court. USMJ Dein will issue report and return file to the district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/29/2005) |
| 04/27/2005 | 20 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Dennis Taylor (Quinn, Thomas) (Entered: 04/29/2005) |
| 04/27/2005 | 21 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Dennis Taylor Time excluded from 4/27/05 until 5/20/05. (Quinn, Thomas) (Entered: 04/29/2005) |
| 05/03/2005 | 22 | NOTICE OF HEARING as to Dennis Taylor: Pretrial Conference set for 5/17/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/03/2005) |
| 05/13/2005 | 23 | MOTION for Rule 11 Hearing as to Dennis Taylor. (Palmer, John) (Entered: 05/13/2005) |
| 05/16/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 23 Motion for Rule 11 Hearing as to Dennis Taylor (1). Rule 11 hearing set for 6/10/05 at 3:30 p.m. The pretrial conference previously set for 5/17/05 is canceled. (Rynne, Michelle) (Entered: 05/16/2005) |
| 05/16/2005 | | NOTICE OF HEARING as to Dennis Taylor: Change of Plea Hearing set for 6/10/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/16/2005) |
| 05/16/2005 | | Terminate Deadlines and Hearings as to Dennis Taylor: pretrial conference set for 5/17/05 is canceled. (Rynne, Michelle) (Entered: 05/16/2005) |
| 06/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Dennis Taylor held on 6/10/2005, defendant sworn; court conducts colloquy; Plea entered by Dennis Taylor (1) Guilty Count 1. Sentencing set for 9/20/05 at 2:30 pm. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/10/2005) |
| 06/10/2005 | 24 | Judge Douglas P. Woodlock : ORDER entered. |

| | | |
|---|---|---|
| | | PROCEDURAL ORDER re sentencing hearing as to Dennis Taylor. Sentencing set for 9/20/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/10/2005) |
| 06/16/2005 | 25 | MOTION for Order as to Dennis Taylor. (Nici, Richard) Modified on 7/21/2005 (Nici, Richard). FILED UNDER SEAL (Entered: 06/17/2005) |
| 06/16/2005 | 26 | AFFIDAVIT of John F. Palmer by Dennis Taylor [25] MOTION for Order filed by Dennis Taylor, (Nici, Richard) Modified on 7/21/2005 (Nici, Richard).FILED UNDER SEAL (Entered: 06/17/2005) |
| 06/16/2005 | | Judge Douglas P. Woodlock : ORDER entered. It is hereby ordered that Salem Juvenile Court provide copies of all documents in its possession as to Dennis Taylor (Nici, Richard). (Entered: 06/21/2005) |
| 06/16/2005 | 28 | Memorandum regarding Dennis Taylor's records as to Dennis Taylor (Nici, Richard) (Entered: 06/21/2005) |
| 06/17/2005 | 27 | Judge Douglas P. Woodlock : ORDER entered. as to Dennis Taylor (Nici, Richard) Additional attachment(s) added on 6/21/2005 (Nici, Richard). (Entered: 06/21/2005) |
| 08/05/2005 | | Motions terminated as to Dennis Taylor: [12] MOTION for Authorization of Services or Funds filed by Dennis Taylor - SEE order of 3/9/05, [25] MOTION for Order filed by Dennis Taylor - SEE order of 6/16/05. (Rynne, Michelle) (Entered: 08/05/2005) |
| 08/26/2005 | 29 | MOTION as to Dennis Taylor. FILED UNDER SEAL(Nici, Richard) (Entered: 08/29/2005) |
| 08/26/2005 | 30 | AFFIDAVIT of John Palmer by Dennis Taylor [29] MOTION for Order to Show Cause filed by Dennis Taylor, (Nici, Richard)FILED UNDER SEAL (Entered: 08/29/2005) |
| 09/02/2005 | 31 | MOTION to Continue *Sentencing Hearing* as to Dennis Taylor. (Palmer, John) (Entered: 09/02/2005) |
| 09/02/2005 | 32 | MOTION for Extension of Time to File File Objections To PSR as to Dennis Taylor. (Palmer, John) (Entered: 09/02/2005) |
| 09/06/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 31 Motion to Continue as to Dennis Taylor (1); |

| | | |
|---|---|---|
| | | granting 32 Motion for Extension of Time as to Dennis Taylor (1). Sentencing continued to 11/8/05 at 3:30 p.m. Objections to PSR due 10/13/05. (Rynne, Michelle) (Entered: 09/06/2005) |
| 09/06/2005 | | NOTICE OF RESCHEDULING HEARING as to Dennis Taylor: Sentencing reset for 11/8/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 09/06/2005) |
| 09/16/2005 | 33 | Judge Douglas P. Woodlock : ORDER entered granting as to the production of records as to Dennis Taylor (Nici, Richard). Modified on 9/22/2005 (Nici, Richard). (Entered: 09/19/2005) |
| 11/03/2005 | 34 | MOTION to Continue *Sentencng Hearing* as to Dennis Taylor. (Palmer, John) (Entered: 11/03/2005) |
| 11/04/2005 | 35 | Ex Parte MOTION as to Dennis Taylor. Attachment(s) include an Affidavit in Support. Exhibit(s) A & B FILED UNDER SEAL(Nici, Richard) (Entered: 11/07/2005) |
| 11/07/2005 | | Judge Douglas P. Woodlock : ElectronicORDER entered granting 34 Motion to Continue as to Dennis Taylor (1). Sentencing reset for 1/24/06 at 3:30. No further extensions will be entertained. (Rynne, Michelle) (Entered: 11/07/2005) |
| 11/14/2005 | | Judge Douglas P. Woodlock : ORDER entered granting with limits as to Dennis Taylor re [35] MOTION filed by Dennis Taylor, (Nici, Richard). Copy of the order mailed to attorney Palmer. (Entered: 11/15/2005) |
| 11/16/2005 | 36 | MOTION For Judicial Order Re: Probation Records as to Dennis Taylor. (Palmer, John) (Entered: 11/16/2005) |
| 11/29/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 36 Motion For Judicial Order Re: Probation Records as to Dennis Taylor (1) ONLY TO THE EXTENT that Probation's Records shall be made available, according to their policies, for review by Defense counsel who may be accompanied by provider or forensic consultant. (Rynne, Michelle) (Entered: 11/29/2005) |
| 12/01/2005 | | Motions terminated as to Dennis Taylor: [35] MOTION filed by Dennis Taylor,. (Rynne, Michelle) (Entered: 12/01/2005) |
| 01/20/2006 | 37 | SENTENCING MEMORANDUM by Dennis Taylor (Palmer, John) (Entered: 01/20/2006) |
| 01/20/2006 | 38 | MOTION for Leave to File *Documents Under Seal* as to |

| | | |
|---|---|---|
| | | Dennis Taylor. (Palmer, John) (Entered: 01/20/2006) |
| 01/23/2006 | 41 | Psychiatric Report Received (Sealed) as to Dennis Taylor (Nici, Richard) (Entered: 02/03/2006) |
| 01/24/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Sentencing held on 1/24/2006 for Dennis Taylor (1), Count(s) 1, Court modifies PSR. Defendant sentenced to 57 months incarceration, 3 years supervised release with standard and special conditions. $100 special assessment. Court makes interim order that defendant remain on current pharmacological regiment. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/24/2006) |
| 01/31/2006 | 39 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Dennis Taylor (1), Count(s) 1, Defendant sentenced to 57 months incarceration, 3 years supervised release with standard and special conditions. $100 special assessment (Nici, Richard) (Entered: 01/31/2006) |
| 02/02/2006 | 40 | NOTICE OF APPEAL by Dennis Taylor Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/22/2006. (Palmer, John) (Entered: 02/02/2006) |