# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1504

UNITED STATES,
Appellee,

v.

DENNIS TAYLOR,
Defendant, Appellant.

Before

Lynch, Circuit Judge,
Campbell and Selya, Senior Circuit Judges.

### JUDGMENT

Entered: May 30, 2007

    Defendant Dennis Taylor appeals his sentence. We review the sentence for reasonableness. United States v. Alli, 444 F.3d 34 40 (1st Cir. 2006).

    There is no merit to the defendant's arguments that (i) his sentence is unreasonable, or (ii) that the district court failed adequately to consider his mental health and substance abuse problems, or (iii) that the district court over-prioritized the goal of deterrence when it chose not to vary from the applicable guideline range. The district court explained the rationale for the sentence, considered all relevant sentencing factors, and satisfied the requirements set forth in United States v. Jimenez-Beltre, 440 F.3d 514 (1st Cir. 2006)(en banc). No more was exigible.

    Accordingly, the sentence is summarily affirmed. See 1st Cir. R. 27.0(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/22/07

By the Court:
Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
    Chief Deputy Clerk.

[cc: John F. Palmer, Esq., Dina M. Chaitowitz, AUSA]