# United States District Court
## for the District of Massachusetts

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Dennis Taylor  **Case Number:** 04-10359

**Name of Sentencing Judicial Officer:** The Honorable Douglas P. Woodlock, US District Judge

**Date of Original Sentence:** 1/24/06

**Original Offense:** Bank Robbery, 18 USC § 2113(a)

**Original Sentence:** 57 Months of incarceration followed by 3 years of supervised release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** July 22, 2009

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

**The defendant shall reside in a Residential Reentry Center for a period of up to 6 months or until such time he is able to secure a suitable residence as approved by the U.S. Probation Office.**

## CAUSE

Mr. Taylor was released from federal custody on 4/28/09 to a state detainer. Mr. Taylor will be released from state custody on 7/22/09. Upon his release from state custody, Mr. Taylor will have no place to reside and will be considered homeless. The U.S. Probation Department respectfully recommends that the above modification be considered. Our department, together with the Coolidge House, would assist Mr. Taylor with housing, employment and to successfully reintegrate into the community upon his release from state custody. Once appropriate housing is secured, Mr. Taylor will be permitted to leave the Residential Reentry Center.

Reviewed/Approved by:                          Respectfully submitted,

*/s/ Brian McDonald*                             */s/ Tracy J. Weisberg*
Brian McDonald                                 Tracy J. Weisberg
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               Date: July 7, 2009

**THE COURT ORDERS**
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_____
Date