Case 1:04-cr-10359-DPW   Document 56 *SEALED*   Filed 11/12/2009   Page 1 of 2

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## FILED IN CLERKS OFFICE
for the
District of Massachusetts

2010 MAR -5  P 1: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dennis Taylor | ) | Case No.  1:04-CR-10359- DPW |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Dennis Taylor                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☒ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:


Date:   11/12/2009                              /s/ Steve York
                                                _Issuing officer's signature_

City and state:   Boston, MA           Steve York,   Deputy Clerk
                                                _Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____      WARRANT EXECUTED BY USMS USMS hearing on warrant
                    ARREST/ARRAIGNMENT OF THE
                    DEFENDANT ON ____3/5/2010____
                                                _Arresting officer's signature_

                                                _Printed name and title_