UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 04-CR-10359-DPW |
| | ) | |
| DENNIS TAYLOR | ) | |

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                         By:  /s/ Kenneth G. Shine
                              KENNETH G. SHINE
June 6, 2011                  Assistant U.S. Attorney
                              (617) 748-3686
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing notice.

```
                              /s/ Kenneth G. Shine
                              Kenneth G. Shine
                              Assistant U.S. Attorney
```