AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DENNIS TAYLOR** | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 1: 04 CR 10359 - 001 - DPW<br><br>Charles P. McGinty<br>Defendant's Attorney |
| Date of Original Judgment: 1/31/06 | |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) I, II, III, IV, V _____ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | Defendant shall reside in a Residential Re-entry Center for a period of up to 6 months or until such time he is able to secure a suitable residence as approved by the U.S. Probation Office. | 11/04/09 |
| II | Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 11/03/09 |

[x] See continuation page

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | 06/23/11 |
|---|---|
| Defendant's Soc. Sec. No.: 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 | Date of Imposition of Judgment |
| Defendant's Date of Birth: xx/xx/1973 | *[signature]* |
| Defendant's USM No.: 25456-038 | Signature of Judicial Officer |
| Defendant's Residence Address:<br>Unknown | The Honorable Douglas P. Woodlock<br>Judge, U.S. District Court |
| | Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>Unknown | June 23, 2011<br>Date |

Continuation Page - Nature of Violations

| CASE NUMBER: | 1: 04 CR 10359 - 001 - DPW | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | DENNIS TAYLOR | |

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| III | Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician. | 11/04/09 |
| IV | Defendant shall notify the probation officer at least ten days prior to any change in residence or employment. | 11/04/09 |
| V | Defendant shall not commit another federal, state, or local crime. | 12/30/09 |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER: 1: 04 CR 10359 - 001 - DPW  Judgment - Page 3 of 3
DEFENDANT: DENNIS TAYLOR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

1 year and 1 day to be serve consecutively to the sentence imposed in case no. 10-cr-10086-GAO.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal